JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HERBERT WHARTON,<br><br>    Petitioner,<br><br>    vs.<br><br>MICHAEL MARTEL, Warden,<br>  San Quentin,<br><br>    Respondent. | Case No. CV 92-3469-CJC<br><br>**DEATH PENALTY**<br><br>**JUDGMENT** |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied with prejudice and judgment is entered in favor of Respondent and against Petitioner.

The Clerk is directed to enter this judgment.

Dated: October 28, 2011

_____
The Honorable Cormac J. Carney
United States District Judge