# JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HERBERT WHARTON,<br><br>Petitioner,<br><br>v.<br><br>RON DAVIS, Warden of California<br>State Prison at San Quentin,<br><br>Respondent. | CASE NO. CV 92-3469 CJC<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

**IT IS HEREBY ORDERED** that Petitioner George Herbert Wharton's petition for writ of habeas corpus be **CONDITIONALLY GRANTED** and that the sentence of death in the matter of *People v. George Wharton*, No. 161315 of the California Superior Court of Santa Barbara County, shall be **VACATED**.

**IT IS FURTHER ORDERED** that the State of California shall, within 120 days from the entry of this Judgment, either grant Petitioner a new penalty trial or vacate the death sentence and resentence Petitioner in accordance with California law and the United States Constitution.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall

//

//

1    immediately notify the Warden of San Quentin Prison of this Court's judgment.

2    **IT IS SO ORDERED.**

3    Dated: November 24, 2015.

4    _____
          CORMAC J. CARNEY
5         United States District Judge

2